IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

REGINALD DELMORE WATKINS,          )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )    CV 316-027
                                   )
CORRECTIONS CORPORATION OF         )
AMERICA,                           )
                                   )
        Defendant.                 )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 25th day of July, 2016, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE